UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA HORNBECK, et al.,

    Plaintiffs,

v.

BOYNE USA, INC., et al.,

    Defendants.
_____/

Case No. 1:24-cv-682

Hon. Hala Y. Jarbou

## ORDER

Defendants filed their Motion to Dismiss on July 26, 2024 (ECF No. 11). On October 25, 2024, Plaintiffs filed their First Amended Class Action Complaint (ECF No. 44). Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint on November 8, 2024 (ECF No. 46).

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss (ECF No. 11) is **DENIED as moot**.

Dated: November 12, 2024        /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE