UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA HORNBECK and CATHY DEMARIA-MCKAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOYNE USA, INC., BOYNE PROPERTIES, INC., BOYNE MOUNTAIN RESORT, LLC, THE MOUNTAIN GRAND LODGE & SPA, LLC, BOYNE HIGHLANDS RESORT, LLC, and HEATHER HIGHLANDS INN, INC.,<br><br>Defendants. | Case No. 1:24-cv-682<br><br>Hon. Hala Y. Jarbou |

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANTS

Plaintiffs Barbara Hornbeck and Cathy DeMaria-McKay, by and through their counsel, move to compel documents from Defendants Boyne USA, Inc., Boyne Properties, Inc., Boyne Mountain Resort, LLC, The Mountain Grand Lodge & Spa, LLC, Boyne Highlands Resort, LLC, and Heather Highlands Inn, Inc. (collectively, "Boyne") for reasons stated in the accompanying brief.

WHEREFORE, for the reasons stated in the accompanying brief, Plaintiffs Barbara Hornbeck and Cathy DeMaria-McKay, through their undersigned counsel, respectfully request that this Court enter an order compelling Defendants to produce the outlined discovery.

Date:   December 27, 2024

Respectfully submitted,

/s/ *Perrin Rynders*
Perrin Rynders (P38221)

VARNUM LLP
333 Bridge St. NW, Suite 1700
Grand Rapids, MI 49504
Tel.: (616) 336-6000
prynders@varnumlaw.com

Rex A. Sharp, OK #11990
Isaac L. Diel, KS #14376
Jennifer Salva-Cushing, KS #28244
Macy G. Marlett, OK #35709
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, KS 66208
Tel.: (913) 901-0505
rsharp@midwest-law.com
idiel@midwest-law.com
jsalvacushing@midwest-law.com
mmarlett@midwest-law.com

Ben Alke, MT #8678
John G. Crist, MT #2651
CRIST, KROGH, ALKE & NORD, PLLC
209 S. Willson Ave.
Bozeman, MT 59715
Tel: (406) 255-0400
balke@cristlaw.com
jcrist@cristlaw.com

J. Devlan Geddes, MT #6513
Jeffrey J. Tierney, MT #12989
Henry J.K. Tesar, MT #66646208
GOETZ, GEDDES & GARDNER, P.C.
35 N. Grand
Bozeman, MT 59715
Tel: (406) 587-0618
devlan@goetzlawfirm.com
jtierney@goetzlawfirm.com
htesar@goetzlawfirm.com

*Attorneys for Plaintiffs*